<u>Memorandum Endorsement</u>     <u>United States v. Emile Anderson, 16-cr-0212-45 (LAK)</u>

      Mr. McGuiness is substituted for Mr. Perlmutter as counsel for the defendant for purposes of a compassionate release application.  Mr. McGuiness shall mail copies of this order and memo endorsement to the defendant and his sister.

      SO ORDERED.

Dated:     April 28, 2020

/s/     Lewis A Kaplan
_____
Lewis A. Kaplan
United States District Judge