```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA        :

         - v. -                 :

EMILE ANDERSON,                 :

              Defendant.        :
- - - - - - - - - - - - - - - - x
```

ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/6/2023

**ORDER**

16 Cr. 212 (LAK)

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on October 11, 2023;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
         November 6, 2023

_____
THE HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE