# LGR LAW, LLC
**FEDERAL CRIMINAL DEFENSE**



NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

June 14, 2024

Via ECF
Hon. Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: USA vs. Emile Anderson
16-cr-212-45 (LAK)

Dear Judge Kaplan,

I represented the defendant Emile Anderson on the above referenced matter. Mr. Anderson was sentenced before Your Honor on November 15, 2023. Per Probation Officer ("PO") Alexis Warren, Mr. Anderson has been recently prescribed a medical marijuana card and is requesting Your Honor's permission to consume medical marijuana products.

PO Alexis Warren initiated the request and advised us that Mr. Anderson has "been in compliance since being released from past VOSR." On behalf of the Government, Frank Balsamello, AUSA, takes no position on this request. Therefore, we respectfully request that Your Honor grant Mr. Anderson permission to consume medical marijuana products as his medical card permits, under the direction of his Probation Officer.

Thank Your Honor's time and consideration to this request.

Respectfully submitted,

Lorraine Gauli-Rufo, Esq.,
*Attorney for Emile Anderson*

CC: Frank Balsamello, AUSA
Allison Carol Nichols, AUSA
Alexis Warren, Probation Officer

SO ORDERED

LEWIS A. KAPLAN, USDJ
6/17/24